IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,

    v.

DEEP & PREET CORPORATION,
individually and d/b/a Valero;
BALJIT SINGH,

        Defendants.

2:09-cv-02751-GEB-KJN

ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE

Plaintiff filed a Status Report on January 31, 2010, in which he states he "anticipates [filing] a motion for default . . . in April 2010." Since it is evident that the motion Plaintiff references is a motion for default judgment, this motion shall be filed no later than 4:00 p.m. on April 1, 2010, or alternatively, Plaintiff shall Show Cause in a writing filed no later than 4:00 p.m. on April 1, 2010 ("OSC") why this action should not be dismissed for failure of prosecution.

If a hearing is requested on the OSC, it will be held on April 26, 2010, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date and time. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is only required to explain the status of the default judgment.

Dated: February 11, 2010

_____
RLAND E. BURRELL, JR.
United States District Judge

1