IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEEP & PREET CORPORATION,<br>individually and d/b/a Valero;<br>BALJIT SINGH,<br><br>　　　　　Defendants. | 2:09-cv-02751-GEB-KJN<br><br><u>ORDER CONTINUING<br>STATUS (PRETRIAL<br>SCHEDULING) CONFERENCE</u> |

　　　　Plaintiff filed a Status Report on January 31, 2010, in which he states he "anticipates [filing] a motion for default . . . in April 2010." Since it is evident that the motion Plaintiff references is a motion for default judgment, this motion shall be filed no later than 4:00 p.m. on April 1, 2010, or alternatively, Plaintiff shall Show Cause in a writing filed no later than 4:00 p.m. on April 1, 2010 ("OSC") why this action should not be dismissed for failure of prosecution.

　　　　If a hearing is requested on the OSC, it will be held on April 26, 2010, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date and time. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiff is only required to explain the status of the default judgment.

Dated:  February 11, 2010

_____
RLAND E. BURRELL, JR.
United States District Judge

1