IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,

    v.

DEEP & PREET CORPORATION,
individually and d/b/a Valero;
BALJIT SINGH,

    Defendants.
_____/

No. 2:09-cv-02751 GEB KJN

ORDER

Presently before the court is plaintiff's motion for entry of default judgment against defendants.[1] (Dkt. No. 12.) On March 18, 2010, the court held a hearing on plaintiff's motion. Plaintiff Scott Johnson, an attorney, appeared at the hearing and represented himself. Although neither defendant had previously appeared in this case or filed a notice of appearance prior to the hearing, defendant Baljit Singh appeared on his own behalf and on behalf of defendant Deep & Preet Corporation, which is not presently represented by an attorney. The undersigned informed Mr. Singh during the hearing that a corporation or other entity may only

---

[1] This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1), and was reassigned by an order entered February 8, 2010 (Dkt. No. 10).

appear in this action through an attorney.[2]

At the hearing, plaintiff offered to withdraw his motion for default judgment to permit defendants to answer plaintiff's complaint, notwithstanding the fact that the Clerk of Court has already entered default against defendants. (Dkt. No. 8.) The undersigned accepts plaintiff's withdrawal of his motion. Accordingly, the undersigned HEREBY ORDERS that:

1. Plaintiff's motion for default judgment (Dkt. No. 12) is withdrawn;

2. The Clerk of Court's entry of default (Dkt. No. 8) is set aside;

3. Defendants shall have no more than 30 days from the date of this order to file an answer or otherwise respond to plaintiff's complaint;

4. If either defendant fails to file an answer or otherwise respond to plaintiff's complaint in the time permitted, plaintiff is permitted as provided by law to request that the Clerk of Court enter default and, if appropriate, file a motion for default judgment;

5. Defendants are advised that the corporate defendant, Deep & Preet Corporation, may appear in this action only by an attorney, see Eastern District Local Rules 180 and 183, and plaintiff may file any appropriate challenge if the corporate defendant attempts to appear through someone other than an attorney;

6. Because, at this point, none of the defendants is represented by an attorney, this matter shall be transferred to the undersigned pursuant to Eastern District Local Rule 302(c)(21), and henceforth the caption on documents filed in this action shall be No. 2:09-cv-03526 GEB KJN PS.

////
////
////

---

[2] The undersigned also informed Mr. Singh that he should review this court's local rules and that he can visit the Office of the Clerk to obtain documentary information regarding self-representation before this court.

**IT IS SO ORDERED.**

DATED: March 18, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE